UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>SHOHJAHONMIRZO ABDULMALIKOV,<br><br>                Defendant. | CASE NO. 3:24-cv-05786-DGE<br><br>ORDER OF APPOINTMENT OF COUNSEL |

This matter comes before the Court on the Court's order granting an emergency ex parte motion for a temporary restraining order permitting the Government to provide involuntary medical treatment.  (Dkt. No. 9.)

On September 19, 2024, the Government filed an emergency motion requesting authority to immediately perform involuntary medical monitoring, testing, and physical examinations, as well as the administration of involuntary hydration intravenously and nutrition via nasogastric tube, for Shohjahonmirzo Abdumalikov, who is currently being held as a civil detainee at the Northwest Immigration and Customs Enforcement ("ICE") Processing Center ("NWIPC") in

ORDER OF APPOINTMENT OF COUNSEL - 1

1  Tacoma, Washington. (Dkt. No. 2.) The Government sought authority to pursue these measures

2  to prevent substantial injury or loss of life on account of Abdumalikov's refusal to eat or accept

3  medical treatment. (*Id.* at 2.)

4        On September 20, 2024, the Court granted the Government's motion and set a

5  preliminary injunction hearing for October 2, 2024. (Dkt. No. 9 at 7.) The Court ordered ICE to

6  submit a status report on Abdumalikov's condition no later than October 1, 2024. (*Id.*) Based on

7  these facts and the Court's order authorizing involuntary medical monitoring, laboratory testing,

8  and the administration of intravenous hydration and nutrition, the Court sua sponte appoints

9  counsel in this matter to represent Abdumalikov.

10        The Court hereby appoints Rhys Matthew Farren of the law firm Davis Wright Tremaine

11  LLP, 929 108th Avenue NE, Suite 1500, Bellevue, WA 98004, 425-646-6132,

12  rhysfarren@dwt.com, as counsel for Abdumalikov pursuant to the Amended Plan of the United

13  States District Court for the Western District of Washington's Plan for Pro Se Litigant

14  Representation in Civil Rights Actions. *See* General Order 07-23.

15        Counsel is directed to file a Notice of Appearance within seven (7) calendar days. If

16  counsel is unable for a reason set forth in the Rules to assume this representation, a motion for

17  relief from appointment should immediately be filed with the assigned judge.

18        In the event there is a basis to award attorney's fees in this action, appointed counsel may

19  move for an award of attorney's fees under any applicable authority. The Court, however, is

20  unable to assure counsel of compensation from any other source.

21        Because Abdumalikov is in custody, the Government is directed to provide him with a

22  copy of this order. The Government is also directed to work with appointed counsel to provide

23  counsel reasonable access to communicate with Abdumalikov.

24

ORDER OF APPOINTMENT OF COUNSEL - 2

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2024.



David G. Estudillo
United States District Judge

ORDER OF APPOINTMENT OF COUNSEL - 3