UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> SHOHJAHONMIRZO ABDULMALIKOV, <br><br> Defendant. | CASE NO. 3:24-cv-05786-DGE <br><br> ORDER ON MOTION TO TERMINATE PRELIMINARY INJUNCTION (DKT. NO. 39) |

This matter comes before the Court on the Government's motion to terminate the preliminary injunction (Dkt. No. 22) and voluntarily dismiss the action. (Dkt. No. 39.) The Government states that Shohjahonmirzo Abdumalikov has demonstrated adequate caloric intake and has been taken off hunger strike protocol. (Dkt. No. 39 at 1.) As a result, the Government avers that the requested mandatory injunctive relief is no longer medically necessary, and the case has become moot. (*Id*. at 3.)

Having considered the record, the Court GRANTS the motion to terminate the preliminary injunction. The action is HEREBY DISMISSED.

Dated this 9th day of December, 2024.

David G. Estudillo
United States District Judge